#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**BRYAN PRATHER,**<br>Supervised Releasee | **NO. 3: 03-CR-7 (CAR)**<br><br>RE:  SUPERVISED RELEASE VIOLATIONS |

### O R D E R

**BRYAN PRATHER**, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.  He was advised of the nature of the proceedings against him and of his legal and constitutional rights and waived his right to a preliminary hearing under Rule 32.1.

Upon consideration of the government's request for the detention of the SUPERVISED RELEASEE pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  It is alleged that Mr. Prather has failed to abide by conditions of supervision in numerous ways, including possessing and using marijuana and methamphetamine and failing to participate in a substance abuse treatment program as directed .

Accordingly, IT IS ORDERED AND DIRECTED that **BRYAN PRATHER** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said SUPERVISED RELEASEE shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said SUPERVISED RELEASEE shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal.  The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 16th day of JUNE, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE